No. 585. WILTON REALTY CORP. ET AL. *v.* WEADOCK, EXAMINER, SECURITIES & EXCHANGE COMMISSION, ET AL. January 15, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.

Mr. Justice Douglas took no part in the consideration and decision of this application. Messrs. Jason L. Honigman for Wilton Realty Corp., and Mr. George E. Brand for Equitable Trust Co., petitioners. Messrs. Paul Weadock and Harold H. Armstrong for Weadock, and Solicitor General Jackson and Mr. Chester T. Lane for the Securities & Exchange Commission, respondents.